**No. 67104.**—Railway Express Agcy., Inc. *v.* United States, protest 61/17364 (Minneapolis).

Opinion by WILSON, J. In accordance with oral stipulation that the merchandise in entry 1489, case No. BCC 1174, and entry 2004, case No. BCC 1311, described as Norwegian luncheon sardines in tomato sauce, consists of sardines, prepared or preserved in airtight containers, weighing with their contents not over 15 pounds each and not under 8 ounces each, and not packed in oil or in oil and other substances, the claim of the plaintiff was sustained.